12CO916

AO442(Rev. 12/8  Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED

UNITED STATES OF AMERICA
V.

AUG 2 4 2006

**ANDRES CAMPA-HERNANDEZ**
aka Andres Garcia-Hernandez

NANCY MAYER WHITTINGTON, CLERK
**WARRANT FOR ARREST**
U.S. DISTRICT COURT

06 - 373 - M - 01

CASE NUMBER:

To:     The United States Marshal
        and any Authorized United States Officer

        YOU ARE HEREBY COMMANDED to arrest     ANDRES CAMPA-HERNANDEZ
                                                              Name
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of Court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

reenter, and was found in, the United States after having been previously deported from the United
States,  without having obtained the express consent of the Attorney General of the United States to
re-apply for admission into the United States.

in violation of Title  8  United States Code, Section(s)  § 1326(a)  .

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Name of Issuing Officer

Signature of Issuing Officer

**ALAN KAY**
**U.S. MAGISTRATE JUDGE**

Title of Issuing Officer

AUG 1 6 2006

Date and Location

Bail fixed at $ _____     by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8/16/06 | Stephenie K. Owens Deputy U.S. marshal | Stephen K. Owens |
| DATE OF ARREST | | |
| 8/24/06 | | |