UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 06-270 (RCL)** |
| : | |
| **v.** : | |
| : | |
| **ANDRES CAMPA-HERNANDEZ,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney G. Michael Harvey at telephone number (202) 305-2195 and/or email address michael.harvey2@usdoj.gov.

        Respectfully submitted,

        KENNETH L. WAINSTEIN
        United States Attorney

        _____
        G. Michael Harvey
        Assistant United States Attorneys
        Federal Major Crimes, DC Bar # 447-465
        555 4th Street, NW, Room 4243
        Washington, DC 20530
        (202) 305-2195