FROM :                          PHONE NO. : 6281419          Jan. 03 2007 01:39PM P1

## HONORABLE ROYCE C. LAMBERTH, UNITED STATES DISTRICT JUDGE

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

**JAN 1 2 2007**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-270</u> |
| | : | |
| vs. | : | SSN: |
| | : | |
| CAMPA-HERNANDEZ, Andres | : | Disclosure Date: <u>December 8, 2006</u> |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### <u>RECEIPT AND ACKNOWLEDGMENT OF</u>
### <u>PRESENTENCE INVESTIGATION REPORT</u>

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### <u>For the Government</u>

(CHECK APPROPRIATE BOX)
  ( )   There are no material/factual inaccuracies therein.
  ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                                                    **Date**

### <u>For the Defendant</u>

(CHECK APPROPRIATE BOX)
  (✗)   There are no material/factual inaccuracies therein.
  ( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

G. Hosley      1/2/07          Andres Campa H    1/2/07
**Defendant** Cumin    **Date**          **Defense Counsel**    **Date**

### <u>NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM</u>

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>December 22, 2006</u>, to U.S. Probation Officer <u>Michael Penders</u>, telephone number <u>(202) 565-1379</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**                    273-0193

By:   Gennine A. Hagar, Acting Chief
        United States Probation Officer